JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN VOIGT,<br><br>    Plaintiff,<br><br>  v.<br><br>INDYMAC, FSB, et al.<br><br>    Defendants. | Case No. EDCV 09-01891 VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: May 19, 2010

_____
VIRGINIA A. PHILLIPS
United States District Judge